Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3609
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone:   (800) 400-6808
Facsimile:    (800) 520-5523

*Attorneys for Plaintiff,*
Jillian Green

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JILLIAN GREEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>                Plaintiff,<br><br>v.<br><br>**CASH RESERVES LLC D/B/A LOANCALL.COM,**<br><br>                Defendant. | **Case No: 3:13-cv-02055-JAH-BLM**<br><br>**PROOF OF SERVICE OF SUMMONS** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:13-cv-02055-JAH-BLM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **CASH RESERVES LLC DBA LOANCALL.COM**
was received by me on *(date)* **10/22/2013**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **ABNER GARCIA OF INCORP SERVICES, INC.**, who is
designated by law to accept service of process on behalf of *(name of organization)* **CASH RESERVES LLC DBA LOANCALL.COM** on *(date)* **10/22/2013** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/30/2013**

*Server's signature*

**JACK RILEY**
*Printed name and title*

630 S. 10TH STREET, SUITE B
LAS VEGAS, NEVADA 89101
*Server's address*

Additional information regarding attempted service, etc:
Service was made to Cash Revenues, LLC dba LOANCALL.COM by serving registered agent Abner Garcia of Incorp Services, Inc. on 10/22/13 at 1:30 p.m. at 2360 Corporate Circle, Ste. 400, Henderson, Nevada 89074.