**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Jillian Green

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JILLIAN GREEN; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**CASH RESERVES LLC dba LOANCALL.COM,**<br><br>Defendant. | **Case No.:** 13-cv-2055 JAH (BLM)<br><br>**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41 (A)** |

///

///

///

Plaintiff JILLIAN GREEN ("Plaintiff") hereby moves to dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a).

Plaintiff respectfully requests the action be dismissed WITHOUT PREJUDICE.

Date: October 13, 2014                                    **KAZEROUNI LAW GROUP, APC**

                                                     By: _____/s/ Matthew M. Loker_____
                                                               MATTHEW M. LOKER, ESQ.
                                                               ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)**                    PAGE 2 OF 2